IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAAC HARRIS, et al.<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MEDICAL TRANSPORTATION<br>MANAGEMENT, INC.,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.  1:17-cv-01371<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION FOR CONDITIONAL CERTIFICATION AND ISSUANCE OF NOTICE**

NOW COME Plaintiffs Isaac Harris, Darnell Frye, and Leo Franklin, by and through their counsel, and move the Court to conditionally certify this case as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b), and to facilitate the issuance of notice to potential collective members.  Plaintiffs seek certification of the following collective:

> All individuals who worked under the non-emergency medical transportation (NEMT) contracts between Medical Transportation Management, Inc. and the District of Columbia (the D.C. Contracts) at any time during the period from July 13, 2014 to the present who performed driving services under the contracts.

The grounds for this motion are set forth in the attached Memorandum and accompanying Exhibits.

Plaintiffs conferred with MTM on the relief sought herein in compliance with LCvR 7(m), and MTM indicated that it did not concur in the relief requested.

THEREFORE, Plaintiffs respectfully request that this Court conditionally certify a collective under section 216(b) of the Fair Labor Standards Act and direct that Notice issue to potential collective members.

Dated:  October 2, 2017 	Respectfully submitted,

*/s/ Miriam R. Nemeth*
Joseph M. Sellers (#318410)
Miriam R. Nemeth (#1028529)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
Telephone:  (202) 408-4600
jsellers@cohenmilstein.com
mnemeth@cohenmilstein.com

Michael T. Kirkpatrick (#486293)
Patrick D. Llewellyn (#1033296)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-1000
mkirkpatrick@citizen.org
pllewellyn@citizen.org

*Attorneys for Plaintiffs*