IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISAAC HARRIS, et al.<br>        Plaintiffs,<br><br>v.<br><br>MEDICAL TRANSPORTATION MANAGEMENT, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:17-cv-01371<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' CONDITIONAL MOTION TO TOLL LIMITATIONS PERIOD FOR PUTATIVE COLLECTIVE MEMBERS**

NOW COME Plaintiffs Isaac Harris, Darnell Frye, and Leo Franklin, by and through their counsel, and move the Court to toll the running of the limitations period for all putative members of Plaintiffs' proposed collective. Plaintiffs filed their Motion for Conditional Certification of this collective on October 2, 2017, after Defendant Medical Transportation Management, Inc. (MTM) filed a Motion to Dismiss the complaint in this case. *See* Dkt. 10, 14. The Court need not resolve the Motion to Dismiss in order to rule on Plaintiffs' Motion for Conditional Certification, and Plaintiffs request that this Court address their pending motion as soon as possible. If the Court desires to resolve the Motion to Dismiss first or at the same time as the Motion for Conditional Certification, Plaintiffs request that this Court toll the limitations period for all putative collective members' claims. While these motions are pending, the limitations periods for each of these claims continue to run, *see* 29 U.S.C. § 256(b), creating the potential that putative collective members' claims will be substantially diminished or extinguished while awaiting the ability to intervene. Without tolling, the putative collective

*2280473.1*

members will be prejudiced, notwithstanding their diligent efforts to pursue their right.  Further grounds for this motion are set forth in the attached Memorandum.

Plaintiffs conferred with MTM on the relief sought herein in compliance with LCvR 7(m), and MTM indicated that it did not concur in the relief requested.

THEREFORE, Plaintiffs respectfully request that this Court toll the limitations period for all putative members of the proposed collective from the date this Motion is filed until 90 days after Notice has issued.

Dated:  October 2, 2017

Respectfully submitted,

*/s/ Miriam R. Nemeth*
Joseph M. Sellers (#318410)
Miriam R. Nemeth (#1028529)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
Telephone:  (202) 408-4600
jsellers@cohenmilstein.com
mnemeth@cohenmilstein.com

Michael T. Kirkpatrick (#486293)
Patrick D. Llewellyn (#1033296)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-1000
mkirkpatrick@citizen.org
pllewellyn@citizen.org

*Attorneys for Plaintiffs*

*2280473.1*